61142. MATHIS et al. v. CITIZENS DeKALB BANK.

SOGNIER, Judge.
Appellant, inter alia, complains that the trial court erred in entering a judgment confirming the sale of real property under power without first finding the facts specifically and in failing to state separately his conclusions of law, as required by Code Ann. § 81A-152. The trial court's order fails in this regard. *Pruitt v. First Nat. Bank of Habersham County,* 142 Ga. App. 100 (235 SE2d 617) (1977).

The judgment below is vacated and the trial court is directed to enter a new judgment based on findings of fact and conclusions of law in accordance with Code Ann. § 81A-152 (a). All rights of appeal are preserved.

*Judgment vacated with direction. Shulman, P. J., and Birdsong, J., concur.*

694

*Robert A. Bartlett,* for appellants.
*Lucian Lamar Sneed, Leon W. Clifton,* for appellee.